**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**James McKENZIE, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 4, 2008.

### *ORDER*

PER CURIAM.

AND NOW, this 4th day of January, 2008, the Petition for Allowance of Appeal is **GRANTED** and this matter is **REMANDED** to the Superior Court for consideration of *Commonwealth v. Dunlap,* —— Pa. ——, 941 A.2d 671 (2007).